## 29747. KINCADE v. HOPPER.

The trial court did not err in remanding the appellant to custody.

*Judgment affirmed. All the Justices concur.*

DECIDED APRIL 22, 1975.

Leveston Kincade, *pro se.*
*Arthur K. Bolton, Attorney General,* for appellee.

## 29846. LUMPKIN v. RICKETTS.

The trial court did not err in remanding the appellant to custody.

*Judgment affirmed. All the Justices concur.*

DECIDED APRIL 30, 1975.

Amos Lumpkin, *pro se.*
*Arthur K. Bolton, Attorney General,* for appellee.

## 29514. DANIELS v. YOUMAN.

The trial court did not err in remanding the appellant to custody.

*Judgment affirmed. All the Justices concur.*

DECIDED MAY 6, 1975.

Edwin Daniels, *pro se.*
*Arthur K. Bolton, Attorney General,* for appellee.